# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

FILED
'10 APR 20 A10:40
U.S. CLERK
BANKR
COURT

**TO:**   1. *Intake Clerk* *

2. *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:** 4.20.10

**UC**

**CASE NAME:** Lowe

**CASE NUMBER:** 05-20500

Check Number  68/878  in the amount of $ 3837.81  was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 00133         **Intake Clerk's Initials** M

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

04/19/2010

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: PAUL K. LOWE
CYNTHIA L. LOWE
Case No: 05-20500A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent informaiton.

Abms/Fka N J Mrtg & Invstmnt++
The Wanamaker Bldg
100 Penn Sq E
Philadelphia, PA 19107

CHECK NUMBER 681878    AMOUNT $3837.81

The disbursment(s) was returned to the Trustee for the following reason:

PROOF OF ASSIGNMENT NEVER FILED

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JASON MAZZEI ESQ
PAUL K. LOWE
CYNTHIA L. LOWE
Abms/Fka N J Mrtg & Invstmnt++